# SETTLEMENT AGREEMENT

Juan Harris (Appellant) versus DPSC-HCC (Agency)

Docket No(s). S-18782

On this 9th day of August, 2022, the parties settled the above referenced appeal(s), as follows:

1. DPSC-HCC will rescind the dismissal letter dated Nov. 29, 2021 and remove it from Mr. Harris personnel file, paper + electronic.

2. DPS&C will not pay back wages from Nov. 29, 2021 – March 16, 2022. *

3. DPS&C will pay back wages from 3/17/22 – 8/9/22. No Health Insurance premiums will be withheld from 11/29/21 – 8/9/22.

4. Mr. Harris will transfer from HCC to LCIW effective 8/9/22.

5. Mr. Harris will physically return to work on 9/9/22.

6. Mr. Harris will be placed in compensatory leave, then annual leave, if necessary, from 8/9/22 until 9/8/22.

7. Mr. Harris will dismiss his Civil Service Appeal.

8. DPS&C will pay Mr. Harris + his attorney $1500 in attorney's fees.

9. Mr. Harris reserves his right to sue

_____        _____
Appellant                         Agency Appointing Authority

_____        _____
Attorney for Appellant            Attorney for Agency

Settlement approved under Civil Service Rule 13.31. This is a final disposition of the appeal.

_____
Civil Service Commission Referee

* and all emoluments of employment accrued during that, including pay raises. JH.S, J.E.H, TH RR MEN