UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUAN EMORY HARRIS

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

22-897-SDD-RLB

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated February 17, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[3] is DENIED.

Signed in Baton Rouge, Louisiana, on this 8 day of March, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 19.
[3] Rec. Doc. 10.